# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| ROGER MICHAEL EDWARDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:09CV622-HEH |
| | ) |
| EQUIFAX INFORMATION SERVICES LLC, *et al.*, | ) |
| | ) |
| Defendant. | ) |

## ORDER
### (Granting Defendant's Motion to Dismiss and Denying Plaintiff's Motion for Leave to File a More Definite Statement)

THIS MATTER is before the Court on Defendant's Motion to Dismiss (Dk. No. 34), filed on December 1, 2009, and Plaintiff's Motion for Leave to File a More Definite Statement (Dk. No. 36), filed on December 15, 2009. For the reasons stated in the accompanying Memorandum Opinion, the Court hereby GRANTS the Defendant's Motion to Dismiss and DENIES the Plaintiff's Motion for Leave to File a More Definite Statement.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

It is SO ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: Dec 22 2009
Richmond, VA