# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| ROGER MICHAEL EDWARDS, JR. )<br>)<br>Plaintiff )<br>v. )<br>)<br>EQUIFAX INFORMATION SERVICES, LLC, )<br>et al. )<br>Defendants. ) | CIVIL NO. 3:09cv622 |

## PLAINTIFF'S MOTION TO AMEND COMPLAINT

COMES NOW the Plaintiff, and moves the Court for leave to file his First Amended Complaint attached hereto as "Exhibit A" for the reasons set forth in the memorandum of law filed contemporaneously herewith.

Respectfully submitted,
**ROGER MICHAEL EDWARDS, JR.**,

Dated: January 7, 2010

/s/
Matthew J. Erausquin, VSB#65434
Counsel for the Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel: 703-273-7770
Fax: 888-892-3512
matt@clalegal.com

# CERTIFICATE OF SERVICE

      I hereby certify that on the 7th day of January, 2010 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

David Neal Anthony
Troutman Sanders LLP
PO Box 1122
Richmond, VA 23218-1122
david.anthony@troutmansanders.com

Joseph William Clark
Jones Day (DC)
51 Louisiana Ave NW
Washington, DC 20001
jwclark@jonesday.com

John Willard Montgomery, Jr.
Montgomery & Simpson, LLLP
2116 Dabney Rd., Suite A-1
Richmond, VA 23230
jmontgomery@jwm-law.com

Michael Robert Ward
Morris & Morris
PO Box 30
Richmond, VA 23218-0030
mward@morrismorris.com

      /s/
Matthew J. Erausquin, VSB#65434
Counsel for the Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel:    703-273-7770
Fax:   888-892-3512
matt@clalegal.com