## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
#### Richmond Division

ROGER MICHAEL EDWARDS, JR. )
)
       Plaintiff )
v. )    CIVIL NO. 3:09cv622
)
EQUIFAX INFORMATION SERVICES, LLC, )
               et al. )
       Defendants. )

### DISMISSAL ORDER

THIS DAY CAME the Plaintiff, by counsel, and the Defendant, Chase Bank, USA, N.A., by counsel, and moved the United States District Court for the Eastern District of Virginia, Richmond Division ("District Court") to dismiss the above-styled civil action without prejudice with respect to Defendant Chase Bank, USA, N.A. ("Chase") only.

UPON CONSIDERATION of the representations of counsel, the pleadings, and for other good cause shown, it be, and hereby is, ORDERED, ADJUDGED, and DECREED that civil action 3:09cv622 is DISMISSED without prejudice as to Defendant Chase only.

Upon entry of this Order, the Clerk of the District Court shall send copies to ~~refuse~~ to all counsel of record.

ENTERED this **11** day of **Jan**, 20**10**

                             **/s/**
                    UNITED STATES DISTRICT JUDGE


RECEIVED
JAN - 7 2010
CLERK, U.S. DISTRICT
RICHMOND, VA

WE ASK FOR THIS:

_____
Matthew J. Erausquin, VSB#65434
Counsel for the Plaintiff
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Telephone:    (703) 273-7770
Facsimile:    (888) 892-3512
matt@clalegal.com


_____
James Douglas Cuthbertson, VSB #41378
Counsel for Defendant Chase
Miles & Stockbridge
1751 Pinnacle Dr., Suite 500
McLean , VA 22102-3833
Telephone:    (703) 610-8664
Facsimile:    (703) 610-8686
jcuthbertson@milesstockbridge.com