IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| ROGER MICHAEL EDWARDS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:09CV622–HEH |
| | ) |
| EQUIFAX INFORMATION SERVICES | ) |
| LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## CONSENT ORDER

THIS MATTER is before the Court on Plaintiff's Motion for Leave to File First Amended Complaint. There being no objection and for good cause shown, Plaintiff's motion is GRANTED. Plaintiff is directed to file its first amended complaint.

It is so ORDERED.

The Clerk is directed to send a copy of this Order to all counsel of record.

　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　Henry E. Hudson
　　　　　　　　　　　United States District Judge

Date: Feb. 2, 2010
Richmond, VA

WE ASK FOR THIS:

By: *(signature)*
Matthew J. Erausquin, VSB#65434
Leonard A. Bennett, VSB#37523
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel:   (703) 273-7770
Fax:   (888) 892-3512
matt@clalegal.com

***Counsel for Plaintiff***

By:  _____
John Willard Montgomery, Jr., VSB #37149
Montgomery & Simpson, LLLP
2116 Dabney Rd., Suite A-1
Richmond, VA 23230
Tel:   (804) 355-8744
Fax:   (804) 355-8748
jmontgomery@jwm-law.com

***Counsel for Defendant Equifax***

3

By: *[signature]*

David N. Anthony
Virginia State Bar No. 31696
Troutman Sanders LLP
1001 Haxall Point
Richmond, Virginia 23219
Tel: (804) 697-5410
Fax: (804) 698-5118
David.Anthony@troutmansanders.com

Joseph William Clark
Virginia State Bar No. 42664
Jones Day
51 Louisiana Ave NW
Washington, DC 20001
Tel: (202) 879-3697
Fax: (202) 626-1700
jwclark@jonesday.com

***Counsel for Defendant Experian***

By: _____
Michael R. Ward
Virginia State Bar #41133
Morris & Morris, P.C.
Post Office Box 30
Richmond, VA 23218-0030
Phone  (804) 344-8300
Fax    (804) 344-8539
mward@morrismorris.com

and

Matthew Kasey Ratliff
Strasburger & Price LLP
901 Main St
Suite 4400
Dallas, TX 75202
Tel:   (214) 651-4708
Fax:   (214) 659-4007
Kasey.Ratliff@strasburger.com

*Counsel for Defendant Trans Union*